# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4214
Lower Tribunal No. 2010-CF-000401

_____

AARON R. IVY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Hendry County.
James D. Sloan, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and KAMOUTSAS, JJ., concur.


Aaron R. Ivy, South Bay, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, and J. Wade Stidham and Analise V. Walker, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED